

# NUMBER 13-24-00488-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CARDENAS GENERAL
MERCHANDISE, LLC,
DOMINGA CARDENAS,
AND JUAN G. CASTILLO,                                    Appellants,

v.

BAXTER BAILEY &
ASSOCIATES, INC. AS ASSIGNEE
OF CANO & SONS TRUCKING, LLC,                           Appellee.

## ON APPEAL FROM THE 139TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Chief Justice Tijerina**

This matter is before the Court on appellants' unopposed motion to dismiss appeal. The parties have negotiated a settlement resolving the issues in this appeal, and appellants now request that this appeal be dismissed.

The Court, having considered appellants' unopposed motion, is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' unopposed motion to dismiss is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
13th day of March, 2025.

2